UNITED STATES OF AMERICA,      )
     )
         Plaintiff,      )
     )
v.      )      No. 3:24-CR-99-TAV-DCP
     )
THEO SINCLAIR STEPHENS,      )
     )
         Defendant.      )

**MEMORANDUM AND ORDER**

This case is before the Court on Defendant Theo S. Stephens's Motion to Continue Trial Date and Plea Deadline [Doc. 34], filed on May 14, 2026.

Defendant asks the Court to continue the current trial date, which is set for June 16, 2026, and the plea deadline, set for May 15, 2026 [*Id.* ¶ 1]. In support of his motion, Defendant states that his counsel has been involved in a good faith effort to resolve his case, but despite due diligence, counsel needs additional time to fully review supplemental discovery, communicate with Defendant regarding the supplemental information as well as a potential resolution of the matter, and confer with the Government [*Id.*]. Defendant represents that on April 13, 2026, and April 23, 2026, his counsel was provided approximately 2,200 additional pages of supplemental discovery [*Id.*]. Defendant's counsel and the Government continue active discussions regarding the matter and believe they are close to reaching a resolution short of trial but given the complexity of the discovery in this matter and potential restitution, the parties need additional time to work together to agree to an appropriate disposition [*Id.*]. Defendant contends that providing a continuance would conserve limited judicial resources and allow the parties to fully review the newly provided material [*Id.*]. The motion reflects that the Government does not oppose the request

[*Id.* ¶ 4]. Defendant represents that the right to a speedy trial has been fully explained to him, that he is currently out of custody pending trial, and that he understands that the period of time between the filing of this motion for continuance and a rescheduled court date will be fully excludable for speedy trial purposes" [*Id.* ¶ 3].

Based upon the information contained in the motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Counsel for Defendant needs time to work towards a resolution of this matter, and if that is not successful, otherwise prepare for trial. The Court finds that all of this cannot occur before the June 16, 2026 trial date.

The Court therefore **GRANTS** Defendant Theo S. Stephens's Motion to Continue Trial Date and Plea Deadline [**Doc. 34**]. The trial of this case is reset to **August 18, 2026**. A new schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the initial motion on May 14, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1)  Defendant Theo S. Stephens's Motion to Continue Trial Date and
     Plea Deadline [**Doc. 34**] is **GRANTED**;

2

(2) the trial of this matter is reset to commence on **August 18, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **May 14, 2026**, and the new trial date of **August 18, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **July 17, 2026**;

(5) the deadline for filing motions *in limine* is **August 3, 2026**, and responses to motions *in limine* are due on or before **August 11, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **July 30, 2026, at 11:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **August 7, 2026**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge